*Hitch, Denmark & Lovell,* for plaintiff in error.

*Connerat & Hunter,* contra.

---

### 14757.  PALMER v. BANKERS TRUST COMPANY.

STEPHENS, J.  1. A transferee in possession of a promissory note properly transferred to him by the payee is presumably the owner and holder of the legal title thereof.

2. In a suit by the transferee against the maker, where the genuineness of the indorsement is not denied by the defendant, the note is properly admitted in evidence without proof of the execution of the indorsement.

3. Where in such a suit the defendant admitted the execution of the note, and there was no evidence in support of any legal defense, a verdict for the plaintiff was properly directed.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 8, 1924.

Complaint; from city court of Waynesboro—Judge W. H. Davis. May 18, 1923.

*E. V. Heath,* for plaintiff in error.   *F. S. Burney,* contra.